UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-61036-BLOOM
Case No. 14-cr-60103-BLOOM

BRANDON MEDINA,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Pro Se Movant Brandon L. Medina's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("Motion to Vacate"), ECF No. [1]. The Motion to Vacate was previously referred to the Honorable Alicia Otazo-Reyes for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [19]. On March 11, 2021, the Magistrate Judge issued a R&R recommending that the Motion be denied. ECF No. [24]. The R&R states that the parties shall file any objections within fourteen days of the date of service of a copy of the R&R. *Id.* To date, Petitioner has filed no objections, nor has he sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be **DENIED** for the reasons set forth therein.

**Case No. 20-cv-61036-BLOOM**
**Case No. 14-cr-60103-BLOOM**

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [24]**, is **ADOPTED**;

2. The Motion, **ECF No. [1]**, is **DENIED**;

3. A Certificate of Appealability is **DENIED**;

4. All pending motions are **DENIED AS MOOT**; and,

5. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 30, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Copy provided via U.S. Mail to:
Brandon L. Medina, *pro se*
Allenwood Medium Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 2000
White Deer, PA 17887